Certificate Number: 17082-MSN-DE-040789077

Bankruptcy Case Number: 26-10428



17082-MSN-DE-040789077

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 27, 2026, at 10:26 o'clock AM MST, JASMINE C JENKINS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   March 28, 2026            By:     /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:   Executive Director