# United States Bankruptcy Court
## Northern District of Mississippi

In re   **Jasmine Chardelle Jenkins**                                          Case No.   **26-10428**

Debtor(s)                                          Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **April 14, 2026**                          **/s/ Jasmine Chardelle Jenkins**

**Jasmine Chardelle Jenkins**
Signature of Debtor

Advance Loan Solutions
P.O. Box 232
Crandon, WI 54520

American First Finance
1551 Emancipation Hwy
Unit 1511
Fredericksburg, VA 22401

Carolyn Jenkins
449 Jenkins Quarter Rd
Shuqualak, MS 39361

CashNet USA
175 W Jackson
Ste 1000
Chicago, IL 60604

Chimefinal
Attn: Bankruptcy
Po Box 417
San Francisco, CA 94104

Debt Recovery Solution
Attn: Bankruptcy
6800 Jericho Turnpike,   Ste 113e
Syosset, NY 11791

Elite Portfolio
2200 N Frazier St
Ste 120 Box 142
Conroe, TX 77301

Fst Premier
Attn: Bankruptcy
601 S Minnesota Ave
Sioux Falls, SD 57104

Halstead Financial
P.O. Box 828
Skokie, IL 60076

January Technologies
176 Grand St, 4th Fl
New York, NY 10013-9998


LVNV Funding LLC/Resurgent Capital Servi
Resurgent Correspondence, Attn: Bankrupt
Po Box 1269
Greenville, SC 29602


Midland Credit Managem
P.O. Box 60578
Los Angeles, CA 90060


Mohela
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005


Napa Lending
PO Box 11202
Santa Rosa, CA 95406


Post Lake Lending
PO Box 368
Crandon, WI 54520


Riverstone Lending***
P.O. Box 1195
Mission, SD 57555


Rushmore Credit
2770 Mission Rancheria Rd #633
Lakeport, CA 95453


Simple Fast Loans Inc
8601 Dunwoody Place
Ste 406
Atlanta, GA 30350


Speedy Cash
3611 N. Ridge Rd.
Wichita, KS 67205

Synchrony
Attn: Bankruptcy
PO Box 955060
Orlando, FL 32896-5060


Today Cash
P.O. Box 808
Keshena, WI 54135


Truist Financial
Attn: Bankruptcy
214 North Tryon Street
Charlotte, NC 28202