**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jasmine Chardelle Jenkins | Social Security number or ITIN   xxx–xx–9685 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Northern District of Mississippi

Case number:   26–10428–SDM

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jasmine Chardelle Jenkins

6/18/26

**By the court:**   Selene D. Maddox
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                          **Order of Discharge**                          page 2

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 26-10428-SDM |
| Jasmine Chardelle Jenkins | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Jun 18, 2026 | Form ID: 318 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jasmine Chardelle Jenkins, 449 Jenkins Quarter Rd, Shuqualak, MS 39361-9311 |
| 4642581 | + | Advance Loan Solutions, P.O. Box 232, Crandon, WI 54520-0232 |
| 4642582 | + | American First Finance, 1551 Emancipation Hwy, Unit 1511, Fredericksburg, VA 22401-4683 |
| 4642583 | + | Carolyn Jenkins, 449 Jenkins Quarter Rd, Shuqualak, MS 39361-9311 |
| 4642587 | + | Elite Portfolio, 2200 N Frazier St, Ste 120 Box 142, Conroe, TX 77303-1980 |
| 4642596 | + | Rushmore Credit, 2770 Mission Rancheria Rd #633, Lakeport, CA 95453-9612 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4642584 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jun 19 2026 00:01:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 4642585 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jun 19 2026 00:01:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 4642586 | ^ | MEBN | Jun 18 2026 23:56:55 | Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike, Ste 113e, Syosset, NY 11791-4401 |
| 4642588 | + | EDI: AMINFOFP.COM | Jun 19 2026 03:59:00 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 4642589 | | Email/Text: reports@halstedfinancial.com | Jun 19 2026 00:01:00 | Halstead Financial, P.O. Box 828, Skokie, IL 60076 |
| 4642590 | | Email/Text: legal@january.com | Jun 19 2026 00:01:00 | January Technologies, 176 Grand St, 4th Fl, New York, NY 10013-9998 |
| 4642600 | | Email/Text: Bankruptcy@Todaycash.com | Jun 19 2026 00:01:00 | Today Cash, P.O. Box 808, Keshena, WI 54135 |
| 4642591 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2026 00:10:42 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 4642593 | | Email/Text: EBN@Mohela.com | Jun 19 2026 00:01:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 4642592 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 19 2026 00:01:00 | Midland Credit Managem, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 4642594 | + | Email/Text: bankruptcies@napalending.com | Jun 19 2026 00:01:00 | Napa Lending, PO Box 11202, Santa Rosa, CA 95406-1202 |
| 4642595 | | Email/Text: notice@postlakelending.com | Jun 19 2026 00:01:00 | Post Lake Lending, PO Box 368, Crandon, WI 54520 |
| 4668071 | + | Email/Text: admin@Rosebudlending.com | Jun 19 2026 00:01:00 | Riverstone Lending, P.O. Box 1195, Mission, SD 57555 |
| 4642597 | | Email/Text: bankruptcy_department@clacorp.com | | |

District/off: 0537-1 | User: autodocke | Page 2 of 2
Date Rcvd: Jun 18, 2026 | Form ID: 318 | Total Noticed: 23

| | | | |
|---|---|---|---|
| | | Jun 19 2026 00:01:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 4642598 | + Email/Text: bkinfo@ccfi.com | | |
| | | Jun 19 2026 00:01:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 4642599 | EDI: SYNC | | |
| | | Jun 19 2026 03:58:00 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 4642601 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Jun 19 2026 00:01:00 | Truist Financial, Attn: Bankruptcy, 214 North Tryon Street, Charlotte, NC 28202-0129 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Miranda L Williford | tonya341@hotmail.com;MLWECF@gmail.com;MLWilliford@ecf.axosfs.com;mllinton@yahoo.com;mrstonyasikora@gmail.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Jasmine Chardelle Jenkins trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3